UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN REGAN, | |
|---|---|
| Plaintiff, | Case No. 19-cv-02574-HSG |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL** |
| CALIFORNIA STATE GOVERNMENT, et al., | |
| Defendants. | Re: Dkt. No. 5 |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation Re Dismissal. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 2, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge